# Exhibit 1

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| Watts Coordinated Pretrial Proceedings | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 19 CV 1717 |
| | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: CBS Broadcast Center c/o Law Department
51 W. 52nd St., New York, NY 10019

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
*********** SEE ATTAHCED RIDER ***********

| Place: Hale & Monico LLC<br>53 W. Jackson Blvd., Suite 337<br>Chicago, IL 60604 | Date and Time:<br>11/20/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/05/2020

*CLERK OF COURT*

OR

_____    /s/ Anthony E. Zecchin
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Defendant Officers**
_____, who issues or requests this subpoena, are:
Anthony E. Zecchin, Hale & Monico LLC
53 W. Jackson Blvd., Suite 337, Chicago, IL 60604,
Email: azecchin@halemonico.com, Phone: 312-870-6933

*In re: Watts Coordinated Pretrial Proceedings (19CV1717)*

## **RIDER**

Please produce any and all tape or digital footage, including raw, cut, or unedited footage, audio recordings, transcripts, interview notes, photographs, and any other media relating to the television program, "Whistleblower with Alex Ferrer," Season 2, Episode 1, entitled: "Chicago PD: Breaking the Code of Silence" that aired on CBS Channel 2 on May 24, 2019.

## **COMPLIANCE BY MAIL IS SUFFICIENT. NO PERSONAL APPEARANCE IS REQUIRED. RECORDS WILL SUFFICE IN LIEU OF PERSONAL APPEARANCE.**