UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE CBS BROADCASTING INC.,
                          Non-Party
                          Movant.

20-MC-739 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Any response to the motion to quash shall be filed on ECF by January 8, 2021.  Any reply shall be filed by January 20, 2021.  Counsel for Movant CBS shall provide a copy of this order to counsel for the party issuing the subpoena within 7 days.

SO ORDERED.

Dated: December 15, 2020
       New York, New York

_____
          J. PAUL OETKEN
     United States District Judge