UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
:
IN RE CBS BROADCASTING INC.,                  :    Miscellaneous Case No.
:    1:20-mc-00739-JPO
    Non-Party Movant.          :
:    Underlying Litigation:
:    *In re Watts Coordinated Pretrial*
:    *Proceedings*
:    Case No. 19-cv-1717
:    United District Court for the Northern
:    District of Illinois
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Non-Party Movant CBS Broadcasting Inc. ("CBS"), by and through undersigned counsel, hereby gives notice that the above-captioned Miscellaneous Action is voluntarily dismissed, without prejudice, and without costs, disbursements, or attorneys' fees to any party.

Respondents in the underlying action, *In re Watts*, No. 19-cv-1717 (N.D. Ill.), have withdrawn the subpoena directed to CBS that was the subject of this action.

Dated:  New York, New York
   February 4, 2021

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Jay Ward Brown*

Jay Ward Brown
1675 Broadway, 19th Floor
New York, NY 10019
Phone: (212) 850-6119
Fax: (212) 223-1942
brownjay@ballardspahr.com

*Counsel for Non-Party CBS Broadcasting Inc.*